PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
EDMUND DARCHER, WSBA 42906
Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    6401 Security Blvd.
    Baltimore, MD 21235
    Telephone: (206) 615-2662
    Email: edmund.darcher@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN CHAVEZ CERVANTEZ,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CIVIL NO. 1:23-cv-01670-JLT-GSA<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.  This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

On remand, the Commissioner will further develop the record as necessary, offer Plaintiff the opportunity for a new hearing, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: Jan. 16, 2024         */s/ Jonathan Pena*
                             JONATHAN PENA
                             Attorney for Plaintiff
                             *Authorized via e-mail on Jan. 16, 2024

                             PHILLIP A. TALBERT
                             United States Attorney
                             MATHEW W. PILE
                             Associate General Counsel
                             Social Security Administration

                      By:    /s/ *Edmund Darcher*
                             EDMUND DARCHER
                             Special Assistant United States Attorney

                             Attorneys for Defendant

## ORDER

As stipulated, this action is remanded to the Commissioner for further proceedings under sentence four of 42 U.S.C. 405(g) according to the terms of the stipulation. Judgment is directed for Plaintiff.

IT IS SO ORDERED.

   Dated:   **January 16, 2024**              **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

STIPULATION TO REMAND